**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | CASE NO: 5:19-CR-670 |
| ) | |
| v. ) | Judge Dan Aaron Polster |
| ) | |
| **BRIAN NEWELL, JR.,** ) | **OPINION AND ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM

Before the Court is Defendant Brian Newell, Jr.'s Motion for Pretrial Release. Doc #: 17. For the following reasons, Newell's Motion, **Doc #: 17**, is **DENIED**.

## BACKGROUND

On November 7, 2019, Newell was indicted on one charge of transmitting a threating interstate communication in violation of 18 U.S.C. § 875(c). Doc #: 1. He waived a detention hearing during his arraignment. Non-document order issued 17/13/2019. On March 16, 2020, Newell pleaded guilty to transmitting a threating interstate communication. Non-document order dated 3/16/2020. The Court ordered at Newell remain detained pending sentencing. Non-document order dated 3/16/2020.

## ANALYSIS

Newell now requests that he be released. Doc #: 17 at 1. As relevant here, a court must detain a person pending sentencing unless the court finds "clear and convincing evidence that the

1

person is not likely to flee or pose a danger to the safety of any other person or the community if released . . ." on bond or conditions. 18 U.S.C. § 3143(a)(1). The defendant bears the burden of establishing that they will not flee or pose a danger to any other person or the community. Fed. R. Crim. P. 46(c).

    Public Access to Hearings-Review Proposal

**IT IS SO ORDERED.**

                                                      */s/ Dan Aaron Polster April 14, 2020*
                                                      **Dan Aaron Polster**
                                                      **United States District Judge**